# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**MICHAEL LAVERN BOYD**  **PLAINTIFF**
**ADC #115890**

v.   CASE NO. 2:17-CV-00004 BSM

**GREG RECHCIGL, et al.**  **DEFENDANTS**

## ORDER

The recommended disposition ("RD") submitted by United States Magistrate Judge J. Thomas Ray [Doc. No. 41] and plaintiff Michael Boyd's objections and notices [Doc. Nos. 42, 43, 44] have been reviewed. After reviewing the record, the RD is adopted.

Accordingly, defendants' motion for summary judgment [Doc. No. 34] is granted and this case is dismissed without prejudice. Boyd's motion for a preliminary injunction [Doc. No. 32] is denied as moot. An *in forma pauperis* appeal would not be in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 27th day of July 2017.

_____
UNITED STATES DISTRICT JUDGE

1