IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MICHAEL LAVERN BOYD                                              PLAINTIFF
ADC #115890

v.                          CASE NO. 2:17-CV-00004 BSM

GREG RECHCIGL, AHSA,
East Arkansas Regional Unit, et al.                              DEFENDANTS

# ORDER

After *de novo* review of the record, including Michael Boyd's objections [Doc. No. 90], the recommended disposition [Doc. No. 89] submitted by United States Magistrate Judge J. Thomas Ray is adopted. Accordingly, defendants' motion for summary judgment [Doc. No. 34] is granted, and this case is dismissed without prejudice.

IT IS SO ORDERED this 23rd day of May 2019.

_____
UNITED STATES DISTRICT JUDGE